UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINZIE J. LEDBETTER, <br><br>    Plaintiff, <br><br> v. <br><br> SHAWN FREEMAN, JIMMY LEADINGHAM, DARLA HARRIS, CHRISTINA GARRETT, GENE TURK, and JACKSON COUNTY MASS TRANSIT DISTRICT, <br><br>    Defendants. | Case No. 23-cv-3394-JPG |

### MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Linzie J. Ledbetter's motion for issuance of five subpoenas for witnesses to attend and testify at trial, currently scheduled for November 17, 2025 (Doc. 81). The County defendants object to two of the requested subpoenas on the grounds that any testimony of those individuals, who are the County defendants' counsel in this case and who were retained after the events relevant to Ledbetter's claims, would be subject to the attorney-client privilege and/or the work product doctrine (Doc. 83).

The Court declines to authorize subpoenas to be served on the County defendants' counsel Thomas Berry and Morgan Knott. Ledbetter has not demonstrated that those individuals have personal knowledge of the relevant facts that would not be privileged under the attorney-client privilege or the work product doctrine. Thus, compelling them to attend trial would be an undue burden. *See* Federal Rule of Civil Procedure (d)(1).

There being no objection to issuing subpoenas to defendants Shawn Freeman, Jimmy Leadingham, and Darla Harris, the Court will likely direct the Clerk of Court to issues those subpoenas after Ledbetter complies with SDIL-LR 45.1(b), which requires *pro se* parties to

attach to their motion the subpoena they want the Court to authorize.  Once Ledbetter submits those subpoenas as a supplement to his motion, the Court will rule on the remainder of the motion.

For the foregoing reasons, the Court **DENIES in part** and **RESERVES RULING in part** on Ledbetter's motion for issuance of subpoenas (Doc. 81).  The Court **DIRECTS** the Clerk of Court not to issue subpoenas to Thomas Berry and Morgan Knott.

**IT IS SO ORDERED.**
**DATED:  October 22, 2025**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
