UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINZIE J. LEDBETTER<br><br>  Plaintiff,<br><br>  v.<br><br>SHAWN FREEMAN, JIMMY LEADINGHAM, DARLA HARRIS, CHRISTINA GARRETT, GENE TURK, and JACKSON COUNTY MASS TRANSIT DISTRICT,<br><br>  Defendants. | Case No. 23-cv-3394-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Linzie J. Ledbetter's claims against defendants Shawn Freeman, Jimmy Leadingham, Darla Harris, Christina Garrett, Jackson County Mass Transit District, and Gene Turk under Title VII of the Civil Rights Act, the Americans with Disabilities Act, § 504 of the Rehabilitation Act, and the Family and Medical Leave Act are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that any claim brought by plaintiff Linzie J. Ledbetter under "Title 1, 2, 6" of the Civil Rights Act of 1964 or under §§ 501 or 503 of the Rehabilitation Act is dismissed without prejudice.

**DATED:  November 17, 2025**

                                              **MONICA A. STUMP, Clerk of Court**

                                              **s/ Tina Gray, Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**